FILED US District Court-UT
JUN 29 '22 PM12:17

TRINA A. HIGGINS, United States Attorney (#7349)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CLINT LEXES,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.<br><br>Case: 2:22-cr-00232<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 6/28/2022 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

On a date unknown, continuing through June 23, 2022, in the District of Utah,

CODY CLINT LEXES,

defendant herein, did knowingly possess and access with intent to view any material which contains an image of child pornography, involving a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B), and § 2252A(b)(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney